STATE, BY WILLIAM S. ERVIN, ATTORNEY GENERAL, v. CERTAIN PARCEL OF LAND IN ITASCA COUNTY AND OTHERS. LILLIAN B. SIXBERRY, RESPONDENT.[1]

November 25, 1938.

No. 31,660.

*William S. Ervin,* Attorney General, *Frank H. Osterlind,* Assistant Attorney General, and *Armond D. Brattland,* Special Assistant Attorney General, for the State.

*Howard W. Anderson,* for respondent.

PER CURIAM.

One member of the court being incapacitated by illness and the remaining members of the court being equally divided on the question presented by this appeal, the judgment is affirmed without opinion.

[1]Reported in 282 N. W. 658.